# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00503-CV

### In re Joel Walker

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the motion for temporary relief are denied.
*See* Tex. R. App. P. 52.8(a), 52.10.

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Filed: August 8, 2019